**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| KAREN AMOS-SAULSBERRY,<br><br>   Plaintiff,<br><br>v.<br><br>TEXAS CREDIT CORPORATION,<br><br>Defendant. | Case No. 6:19-cv-00326-ADA-JCM<br><br>Honorable Judge Alan D. Albright |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that KAREN AMOS-SAULSBERRY ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant TEXAS CREDIT CORPORATION, have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 24th day of October 2019.

                                                Respectfully submitted,

                                                *s/ Alexander J. Taylor*
                                                Alexander J. Taylor
                                                Sulaiman Law Group, Ltd.
                                                2500 S. Highland Avenue, Suite 200
                                                Lombard, IL 60148
                                                Phone: (630) 575-8181
                                                ataylor@sulaimanlaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                        *s/ Alexander J. Taylor*_____
                                        Alexander J. Taylor