# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| KAREN AMOS-SAULSBERRY,<br><br>Plaintiff,<br><br>v.<br><br>TEXAN CREDIT CORPORATION,<br><br>Defendant. | Case No. 6:19-cv-00326<br><br>Honorable Judge Alan D. Albright<br>Honorable Magistrate Jeffrey C. Manske |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Karen Amos-Saulsberry and the Defendant Texan Credit Corporation through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: December 3, 2019                                   Respectfully Submitted,

**KAREN AMOS-SAULSBERRY**                         **TEXAN CREDIT CORPORATION**

*/s/ Alexander J. Taylor*                                        */s/ Russell R. Smith (with consent)*
Alexander J. Taylor                                                Russell R. Smith
*Counsel for Plaintiff*                                              *Counsel for Defendant*
Sulaiman Law Group, LTD                                    Fairchild, Price, Haley, & Smith, L.L.P.
2500 S. Highland Ave., Ste. 200                           1801 North Street
Lombard, Illinois 60148                                         Nacogdoches, Texas 75965
Phone: (630) 575-8181                                         Phone: (936) 569-2327
ataylor@sulaimanlaw.com                                   rsmith@fairchildlawfirm.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                          */s/ Alexander J. Taylor*
                                                          Alexander J. Taylor